SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:  (415) 981-6281
Facsimile:  (415) 981-7616
Email:  skornhauser@earthlink.net

Attorneys for Samuel Kornhauser

MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
JOSE A. OLIVERA (CABN 279741)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6888
Facsimile: (415) 436-7009
E-mail:  jose.olivera@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KORNHAUSER,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA (COMMISSIONER OF INTERNAL REVENUE),<br><br>   Defendant. | **Case No. 3:14-cv-05610-HSG**<br><br>**STIPULATION CHANGING TIME PER LOCAL RULE 6-2 AND [PROPOSED] ORDER** |

2015-03-20 Stipulation Changing Time (SK v. USA)

IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their respective counsel (collectively, the "Parties"), pursuant to Local Rule 6-2 as follows:

WHEREAS, this case was reassigned on February 20, 2015 to the Honorable Haywood S. Gilliam, and

WHEREAS, the Court has set a Case Management Conference herein for March 31, 2015 at 2:00 PM in Courtroom 15, and

WHEREAS, a joint case management statement is due on March 20, 2015, and

WHEREAS, Plaintiff Samuel Kornhauser, a solo practitioner attorney representing himself herein, is in trial in Marin Superior Court from March 23, 2015 through mid-April or later, and

WHEREAS, Samuel Kornhauser therefore has an unavoidable conflict on March 31, 2015,

the Parties hereby request that this Court withdraw the Case Management Conference herein from March 31, 2015 to May 4, 2015 and continue the due date of the joint case management statement to be filed in accord with and in advance of the continued Case Management Conference,

or, in the alterative, to a date convenient to the Court after May 4, 2015.

DATED: March 20, 2015   Respectfully submitted,

By: */s/ Samuel Kornhauser*
    Samuel Kornhauser, Esq., CA Bar No. 083528
    LAW OFFICES OF SAMUEL KORNHAUSER

By: */s/ Jose A. Olivera*
    Jose A. Olivera (CABN 279741)
    Assistant United States Attorney

**FILER'S ATTESTATION**

I, Samuel Kornhasuer, am the ECF user whose identification and password are being used to file this Stipulation Changing Time Per Local Rule 6-2 and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the counsel listed above concur in this filing. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Dated: March 20, 2015  */s/ Samuel Kornhauser*
Samuel Kornhauser

**[PROPOSED] ORDER**

The Court, having considered the papers and pleadings on file, and cause appearing,

PURSUANT TO STIPULATION:

HEREBY GRANTS the Parties' Stipulation.

IT IS ORDERED that the Case Management Conference herein scheduled for March 31, 2015 is CONTINUED to _____ May 5, 2015.

IT IS FURTHER ORDERED that the Joint Case Management Statement is to be filed on _____ April 28, 2015.

DATED: _____ March 23, 2015

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.

SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:  (415) 981-6281
Facsimile:  (415) 981-7616
Email:  skornhauser@earthlink.net

Attorneys for Samuel Kornhauser

MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
JOSE A. OLIVERA (CABN 279741)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6888
Facsimile: (415) 436-7009
E-mail: jose.olivera@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAMUEL KORNHAUSER,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA (COMMISSIONER OF INTERNAL REVENUE),<br><br>                    Defendant. | ) **Case No. 3:14-cv-05610-HSG**<br>)<br>)<br>) **DECLARATION OF SAMUEL**<br>) **KORNHAUSER PER LOCAL RULE**<br>) **6-2**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Samuel Kornhauser, hereby declare as follows:

1.  I am an attorney and Plaintiff in this matter. I make this declaration, on personal knowledge, in support of the parties' joint stipulation and proposed order changing time pursuant to Local Rule 6-2.

2.  This case was reassigned on February 20, 2015 to the Honorable Haywood S. Gilliam.

3.  The Court has set a Case Management Conference herein for March 31, 2015 at 2:00 PM in Courtroom 15.

4.  A joint case management statement is due on March 20, 2015.

5.  I am a solo practitioner attorney representing myself herein, and I am in trial in Marin Superior Court from March 23, 2015 through mid-April or later.

6.  I therefore have an unavoidable conflict on March 31, 2015.

7.  The Parties have agreed to request that this Court withdraw the Case Management Conference herein from March 31, 2015 to May 4, 2015 and continue the due date of the joint case management statement to be filed in accord with and in advance of the continued Case Management Conference or, in the alterative, to a date convenient to the Court after May 4, 2015.

I declare under penalty of perjury that the foregoing is true and correct and was executed on March 20, 2015 in San Francisco, CA.

/s/ Samuel Kornhauser
Samuel Kornhauser