UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL KORNHAUSER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 14-cv-05610-HSG

**SCHEDULING ORDER**

A case management conference was held on May 5, 2015. The Court refers this case to court-sponsored mediation and sets the following dates:

| Event | Date |
| --- | --- |
| Deadline to Complete Mediation | September 4, 2015 |
| Close of Fact Discovery | November 25, 2015 |
| Dispositive Motion Filing Deadline | January 5, 2016 |
| Dispositive Motion Hearing Deadline | February 11, 2016 |
| Pretrial Conference | April 12, 2016 3:00 pm |
| Jury Trial | May 2-4, 2016 8:30 am |

The parties are further directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/5/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge