UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KORNHAUSER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 14-cv-05610-HSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: September 28, 2015<br>Mediator: Margaret Corrigan |

　　　　IT IS HEREBY ORDERED that the request to excuse defendant United States of America's Assistant Chief with the U.S. Department of Justice, Tax Division, Frank de Leon, from appearing in person at the September 28, 2015, mediation before Margaret Corrigan is GRANTED.  Mr. de Leon shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: September 10, 2015

Maria-Elena James
United States Magistrate Judge